Dismissed and Memorandum Opinion filed February 5, 2009








Dismissed
and Memorandum Opinion filed February 5, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00755-CV

____________

 

IN THE INTEREST OF M.J.D.

 

 

 

 



 

On Appeal from the 309th District Court

Harris County, Texas

Trial Court Cause No. 2007-02409

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 24, 2008.  The clerk=s record was filed on October 22,
2008.  The reporter=s record was filed October 3, 2008.  No brief was filed.

On
December 18, 2008, this Court issued an order stating that unless appellant
submitted his brief, together with a motion reasonably explaining why the brief
was late, on or before January 20, 2009, the Court would dismiss the appeal for
want of prosecution.  See Tex. R.
App. P. 42.3(b).

Appellant filed no response.








Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Justices Yates, Guzman, and
Sullivan.